1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    SOUTHERN DISTRICT OF CALIFORNIA
9                       **(HONORABLE M. JAMES LORENZ)**
10

11  UNITED STATES OF AMERICA,           )  Case No. 09CR1996-L
                                        )
12         Plaintiff,                   )
                                        )  **ORDER GRANTING**
13  v.                                  )  **JOINT MOTION TO CONTINUE**
                                        )  <u>**SENTENCING HEARING**</u>
14  **ROGELIO E. OSUNA-ALTAMIRANO,**    )
                                        )
15         Defendant.                   )
    _____)
16

17         **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for September
18  29, 2009 at 8:30 a.m. is continued to **October 19, 2009 at 8:30 a.m.**
19         **IT IS SO ORDERED**.
20
21  DATED: September 11, 2009
22                                      _____
                                        M. James Lorenz
23                                      United States District Court Judge
24
25
26
27
28